# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT CHARLES BURNS<br><br>Defendant. | CASE NO. 97cr2510 JM<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR LACK OF SUBJECT MATTER JURISDICTION |

On or about July 13, 2009 Defendant Robert Charles Burns submitted a petition for writ of habeas corpus ("Petition") challenging the legality of his sentence. The court construes the Petition as a motion brought pursuant to 28 U.S.C. §2255 to set aside, correct, or vacate a sentence. The court concludes that it lacks subject matter jurisdiction to presently entertain the Petition. On July 30, 2003 the court denied Defendant's first motion brought pursuant to 28 U.S.C. §2255. As a condition precedent to filing a second motion brought pursuant to 28 U.S.C. §2255, Defendant must first obtain certification from the Ninth Circuit. 28 U.S.C. §2255(h). Accordingly, the court dismisses the Petition without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: July 17, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties